Kristy A. Hernandez, SBN: 231141
HERNANDEZ LAW & REALTY
6939 Sunrise Blvd, Suite 111
Citrus Heights, CA 95610
Phone: (916) 728-1500
Facsimile: (916) 728-1515
E-Mail: kristy@hlawrealty.com

Attorneys for Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>STEPHEN BRUCE WOLFF and<br><br>AMBER CAROLYN WOLFF,<br><br><br><br><br>Debtor(s) | Case No.: 2023-24251<br><br>Chapter 13<br><br>**ORDER CONFIRMING CHAPTER 13 PLAN FILED ON NOVEMBER 28, 2023**<br><br><br>Judge: Christopher M. Klein |

The Chapter 13 plan filed on November 28, 2023 of the above-named Debtors have been transmitted to all creditors, and it has been determined after notice and opportunity for hearing that Debtors' Plan satisfies the requirements of 11 U.S.C. section 1325.

Therefore, **IT IS ORDERED** that the Plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. Debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Chapter 13 Trustee of any change in Debtors' address;

2. Debtors shall immediately notify the Chapter 13 Trustee in writing of any termination, reduction of, or other change in the employment of Debtor; and

1

ORDER CONFIRMING CHAPTER 13 PLAN

3. Debtors shall appear in Court whenever notified to do so by the Court.

**IT IS FURTHER ORDERED** that the attorney's fees for Debtor's attorney in the full amount of $4,000.00 are approved, $1,425.00 of which was paid by Debtors. The balance of $2,575.00, provided that the attorney and Debtors have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan. Debtor's attorney will seek the Court's approval by complying with Local Bankruptcy Rule 2016-1(c).

**IT IS FURTHER ORDERED** that the Attorney fee balance of $2,575.00 shall be paid at a dividend of $42.92 per month for 60 months.

_Talvinder S. Bambhra_, Attorney for Lilian G. Tsang
Approved by the Chapter 13 Trustee
as to form.

DATED:

Dated: February 06, 2024

BY THE COURT

_____
United States Bankruptcy Judge

2

ORDER CONFIRMING CHAPTER 13 PLAN